# Asset Acceptance LLC

PO Box 2036 Warren MI 48090-2036
Toll Free: 877-327-7384  Fax: 586-983-7442

June 10, 2011

**US BANKRUPTCY COURT**
 District SOUTH CAROLINA

RE:    Claim filed on WILLIAM C PETTUS
         Case # 11-02552
         Claim # 2

To Whom It May Concern:

Please withdraw the claim filed on May 26, 2011 for the amount of $49,109.88.

Thank you,

/s/ Christina Elliott
Bankruptcy Support Supervisor

Name:    Christina Elliott
Address: Po Box 2036
         Warren MI 48090
Phone:   586.983.7222
Fax:     586.983.7442
Email:   celliott1@assetacceptance.com

BK_0005 Account No.: 16804900