United States Bankruptcy Court
District of South Carolina

IN RE:

WILLIAM CLYDE PETTUS JR.
181 PIERCE LANE
GAFFNEY, SC  29341

CASE NO.: 11-02552-hb
CHAPTER 13

DEBTOR(S)

### Trustee's Petition to Dismiss Chapter 13 Case

The Chapter 13 Trustee in the above-referenced case respectfully requests that this case be dismissed pursuant to 11 U.S.C sec. 1307 for the reasons set forth below:

The debtor(s) have failed to file a confirmable plan.  Please see attached.

WHEREFORE, the Trustee requests that this case be dismissed.

Dated: 10/13/11

Gretchen D. Holland, Trustee
Christine Dunagin Loftis, Staff Attorney

### Notice of Hearing

NOTICE IS HEREBY GIVEN that a hearing on the above Petition to Dismiss will be held on 12/1/2011 at 9:00 am at the Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306.

NOTICE IS FURTHER GIVEN that any objections to or comments on the Trustee's petition must be filed in writing (with service on the Trustee at the address listed below) in the office of the Clerk of this Court five (5) days prior to the scheduled hearing.  You are invited to attend the hearing, however attendance is voluntary.  Your failure to attend the hearing may result in the Court's granting the relief sought by the Trustee.

### CERTIFICATE OF SERVICE

The below signed states that he/she served the Petition and Notice of Hearing on the debtor(s) and the attorney for the debtor(s) by mailing them, on this date, copies of the Petition and Notice of Hearing, first class, postage prepaid at the address listed herein:

Attorney for Debtor(s):
Däna E. Wilkinson, Esq.
365-C East Blackstock Rd.
Spartanburg, SC  29301

Dated: 10/13/2011

Chapter 13 Trustee's Office
3 Caledon Court, Suite A
Greenville, SC  29615

62

## Requirements for Confirmation

Case Number:                 1102552
Debtor(s) Name:              WILLIAM CLYDE PETTUS JR.
Attorney Name:               Däna E. Wilkinson, Esq.
Confirmation Hearing Date: 6/16/2011 9:00:00 AM

---

1. Income and equity tests subject to further review if unsecured dividend is ever reduced from 100%

2. Feasibility OK

3. Plan is short, currently need base of $44,300 [$55,000] (note: even if total unsecured claims actually filed are $0, base needed will be $41,300)
   $41,400

plan filed May 3 - CII

pg 29

---

FINAL REQUEST

9/15/11

**Need full compliance within 20 days or we may have to take further action.**

**Thanks . . . Christine Dunagin Loftis
08/04/2011**